BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Petitioner,<br><br>           v.<br><br>JOSE OCHOA,<br><br>                      Respondent. | **1:14-cv-01335-AWI-SKO**<br><br>**PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE A STATUS REPORT REGARDING RESPONDENT'S COMPLIANCE WITH THE I.R.S. SUMMONS; ORDER**<br><br><br>Taxpayer:<br>**JOSE OCHOA** |

Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a 30-day extension of time for Petitioner to file a Status Report regarding Respondent's compliance with the subpoena.  The additional time is needed in order for (1) Petitioner to serve the November 17, 2014 Enforcement Order (Dkt. 9) on Respondent; (2) allow Petitioner additional time to schedule another appearance with Respondent to comply with the summons; and (3) to file a Status Report regarding Respondent's compliance.  The reasons are in the within Declaration of Paulette A. Tremblay.  In the event that his request is granted, a proposed order is submitted within.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: December 5, 2014 | Respectfully submitted, |
| 2 | | BENJAMIN B. WAGNER |
| 3 | | United States Attorney |
| 4 | | |
| 5 | By: | /s/ YHimel |
|   |    | YOSHINORI H. T. HIMEL |
| 6 | | Assistant U.S. Attorney |
|   | | Attorneys for Petitioner |
| 7 | | United States of America |

PETITIONER'S REQUEST FOR EXTENSION OF TIME
TO FILE A STATUS REPORT; ORDER

## DECLARATION OF PAULETTE M. TREMBLAY

I, Paulette M. Tremblay, under 28 U.S.C. § 1746(2), declares:

1. I am a Paralegal Specialist in the office of the United States Attorney for the Eastern District of California, with post of duty at Fresno, California. In Fresno tax summons enforcement actions, my duties include drafting and filing all papers filed by the United States, communicating with the investigating IRS employee, arranging and maintaining all case dates and schedules, and arranging compliance with all orders. The purpose of this declaration is to explain why the requested extension is needed.

2. Paragraph 6 in the Order Adopting Findings and Recommendations that the Summons Be Enforced, filed November 17, 2014, required the United States to file a Status Report regarding respondent's compliance with the enforced IRS summons by November 26, 2014.

3. During the week of November 17, 2014, I was out of the office on personal leave and did not return until December 1, 2014.

4. On December 3, 2014, I read the Order Adopting Findings and Recommendations That The Summons Be Enforced, filed November 17, 2014, and learned about the Status Report due no later than November 26, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2014.

                                                     /s/*Paulette M. Tremblay*
                                                     Paulette M. Tremblay

# **ORDER**

IT IS HEREBY ORDERED that Petitioner United States of America shall file its Status Report regarding Respondent's compliance with the I.R.S. Summons by no later than December 26, 2014.

IT IS SO ORDERED.

Dated:   December 5, 2014

_____
SENIOR DISTRICT JUDGE