BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email:  bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JOSE OCHOA,<br><br>　　　　　　　Respondent. | **1:14-cv-01335-AWI-SKO**<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date:  November 9, 2015<br>Time:  1:30 p.m.<br>Crtm:  2, 8th Floor<br>Senior United States District<br>　Judge Anthony W. Ishii |

　　　Upon the Petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the Declaration of Revenue Officer Michael J. Papasergia, it is hereby:

　　　ORDERED that the Respondent, JOSE OCHOA, appear before Senior United States District Judge Anthony W. Ishii, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on November 9, 2015 at 1:30 p.m., and that Respondent show cause as follows:

　　　1.　　Why Respondent, JOSE OCHOA, should not be held in civil contempt of this Court for his failure to comply with the Order filed November 17, 2014, directing Respondent to comply with the I.R.S. Summons issued on October 31, 2013.

///

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written Response to the Order Adopting Findings and Recommendations filed November 17, 2014. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated: __October 14, 2015__          _____
                                    SENIOR DISTRICT JUDGE

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT