BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **1:14-cv-01335-AWI-SKO** |
|---|---|
| Petitioner, | **ORDER TO DISMISS AND CLOSE CASE** |
| v. | |
| JOSE OCHOA, | **Taxpayer:** |
| Respondent. | **JOSE OCHOA** |

Based on Petitioner's January 27, 2016, notice of voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), this matter has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A)(i).  Therefore, the Clerk shall CLOSE this matter.

IT IS SO ORDERED.

Dated:  February 1, 2016                        _____
                                                SENIOR DISTRICT JUDGE

1